IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA BRADNEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:24-CV-03263 |
| CEDAR COUNTY SHERIFF'S DEPARTMENT JAMES "JIMBOB" MCCRARY, et. al. | ) |
| Defendants. | ) |

## DEFENDANTS ROBERT GRAVES AND SHERIFF JAMES "JIMBOB" MCCRARY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COME NOW Defendants Robert Graves and Sheriff James "JimBob" McCrary (hereinafter collectively "Defendants") and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure respectfully move this Court for an Order dismissing Plaintiff's Complaint for the reason that based upon the face of the pleadings, Plaintiff's claims are barred by the applicable statute of limitations.[1] Additionally, Count V fails because Plaintiff cannot bring a civil claim for relief under a criminal statute.

WHEREFORE, Defendants Robert Graves and Sheriff James "JimBob" McCrary respectfully pray this Court grant their Motion to Dismiss Plaintiffs' Complaint, and for any other relief this Court deems just and proper under the circumstances.

---

[1] Defendants are not waving and specifically reserve their right to assert a motion to dismiss based upon official immunity, sovereign immunity, qualified immunity and other applicable defenses if the Court determines Plaintiff's claims are not barred by all appliable statute of limitations.

Respectfully submitted,

**ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.**

By: */s/ Rachel A. Riso*
Rachel A. Riso  MBN: 57145
rriso@eehjfirm.com
2808 S. Ingram Mill Road, Suite A104
Springfield, MO 65804
Phone: 417-866-5091
Fax: 417-866-1064
*Attorneys for Defendants Robert Graves and Sheriff James "JimBob" McCrary*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December 2024, I electronically filed a true and correct copy of this document with the Clerk of the United States District Court for the Western District of Missouri by using the Missouri e-Filing System. Participants in the case who are registered users will be served by the Missouri e-Filing System.

*/s/ Rachel A. Riso*
Attorney of Record