IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA BRADNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:24-CV-03263 |
| | ) |
| CEDAR COUNTY SHERIFF'S | ) |
| DEPARTMENT JAMES "JIMBOB" | ) |
| MCCRARY, et. al. | ) |
| | ) |
| Defendants. | ) |

**DESIGNATION OF NEUTRAL**

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: _____Hon. Jason Brown (Retired)_____

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: ___X___ Mediation _____ ADR-O

SESSION DATE AND TIME: _____December 3, 2025, 9:00 a.m. CST_____

SESSION LOCATION: _____Remote via Zoom_____

MODE OF SESSION: In person: _____ Virtual: __X____ Hybrid ____

Respectfully submitted,

RANDLES, MATA LLC.

/s/ Rebecca M. Randles
Rebecca M. Randles, MO#40149
851 NW 45th Street, Suite 310
Kansas City, MO 64116
(816) 931-9901; (816) 931-9901
rebecca@rmblawyers.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2025, I electronically filed a true and correct copy of this document with the Clerk of the United States District Court for the Western District of Missouri by using the Missouri e-Filing System. Participants in the case who are registered users will be served by the Missouri e-Filing System.

/s/ Rebecca M. Randles
Attorney of Record