# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA BRADNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 6:24-cv-03263-MDH |
| CEDAR COUNTY, MISSOURI et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court, having reviewed the Notice of Dismissal with Prejudice as to the claims of Plaintiff Joshua Bradney against Defendants James McCrary and Defendant Robert Graves, filed by the Plaintiff, and being fully advised in the premises, hereby orders the claims of Plaintiff against Defendants James McCrary and Robert Graves be dismissed *with prejudice*. Defendants James McCrary and Robert Graves are hereby dismissed from the case with the parties bearing their own fees, costs and expenses.

**IT IS SO ORDERED**.

DATED: January 13, 2026

                                                  */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**