IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA BRADNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:24-cv-03263-MDH |
| ) | |
| CEDAR COUNTY, MISSOURI et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court, having reviewed the Stipulation of Dismissal with Prejudice as to the claims of Plaintiff Joshua Bradney against all Defendants, filed by the parties, and being fully advised in the premises, hereby orders the claims of Plaintiff against all Defendants in this case to be dismissed *with prejudice*. The parties bearing their own fees, costs and expenses.

**IT IS SO ORDERED**.

DATED: February 5, 2026

                                                          */s/ Douglas Harpool*
                                                        **DOUGLAS HARPOOL**
                                                        **UNITED STATES DISTRICT JUDGE**